# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No. 26-1843

At Chandee, formerly known as At Xayasounethone

Petitioner

v.

Todd Blanche, Acting Attorney General of the United States

Respondent

_____

Petition for Review of an Order of the Board of Immigration Appeals
(A025-020-334)

_____

## ORDER

A temporary administrative stay pending this Court's consideration of petitioner's emergency motion to stay removal is granted. Respondent is directed to file a response to the emergency motion to stay removal within 14 days of the date of this Order.

May 04, 2026

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
/s/ Susan E. Bindler